**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
JOSEPH SANCHEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>BURGER KING #10876, a business of unknown form; UNA LUNA BIANCA, L.P., a California limited partnership, and DOES 1-10,<br><br>Defendants. | Case No.: 8:19-cv-01266-RGK-AFM<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT.**<br><br>Hearing:<br>Date: August 10, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Date Action Filed: February 20, 2020<br>Trial Date: Not Yet Set. |

- 1 -

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT ON August 10, 2020 at 9:00 a.m. in Courtroom 850 of the above-captioned courthouse, Plaintiff JOSEPH SANCHEZ ("Plaintiff"), by way of the undersigned counsel, hereby moves this Court for entry of a default judgment as to Defendants BURGER KING NO. 10876, a California limited liability company and UNA LUNA BIANCA, L.P., a California limited partnership ("Defendants"), upon the complaint heretofore filed and served upon the Defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. On or around JUNE 24, 2019, Plaintiff filed in the United States District Court, Central District of California, Southern Division – Santa Ana, a complaint alleging certain and specific violations of 28 U.S.C. §§ 1331 AND 1343(a) (3-4) for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq* ("ADA"). A copy of said Complaint is attached hereto as Exhibit A and is incorporated herein by reference.

2. On or around July 18, 2019, at 12:25 p.m., a copy of said Complaint, along with the Summons, Civil Cover Sheet, Notice to Parties: ADA Disability Access Litigation, and Certification and Notice of Interested Parties was served by personal service upon Gera Ortega, an individual authorized to accept service on behalf of Defendant, at 18611 Dexter Ave., Lake Elsinore, CA 92532-2241. A copy of the Proof of Service filed with the Court on July 29, 2019 and process receipt is attached hereto as Exhibit B and is incorporated herein by reference.

3. On or about August 9, 2019, more than 21 days after the service of the Complaint, Summons, Civil Cover Sheet, Notice to Parties: ADA Disability Access Litigation, and Certification and Notice of

Interested Parties was served via substituted service upon Gera Ortega, an individual authorized to accept service on behalf of Defendants, Counsel for Plaintiff petitioned the Clerk of this Court for entry of a default judgment against Defendant. On or about August 12, 2019, the Clerk entered the Default on Defendants BURGER KING NO. 10876 and UNA LUNA BIANCA, L.P. A copy of the Default by Clerk is attached hereto as Exhibit C and is incorporated herein by reference. No response to any pleading or non-litigious correspondence has been received by Plaintiff or his counsel.

4. Defendants have failed to plead or otherwise defend this action, and Plaintiff is entitled to judgment by default against Defendant.

5. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against Defendants for relief sought by Plaintiff in his complaint, and written notice of this action has been given to Defendants as set forth in the attached affidavit.

## PRAYER

WHEREFORE, Plaintiff prays that this Court enter a judgment of Default against Defendants, and that Defendants be enjoined and retained from the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.* as provided in the proposed Final Judgment filed concurrently with this motion.

///

///

///

## AFFIDAVIT

I, Jarrod Y. Nakano, do hereby certify that the statements and allegations set forth in the foregoing motion and the accompanying memorandum are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

DATED: July 1, 2020            **MCFARLIN LLP**

By:    /s/ Jarrod Y. Nakano
        Jarrod Y. Nakano
        Attorneys for Plaintiff
        JOSEPH SANCHEZ