JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:19-CV-01266-RGK-AFM | Date | August 11, 2020 |
|---|---|---|---|
| Title | *SANCHEZ v. BURGER KING #10876, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) ORDER Re: Order to Show Cause [DE 14]; Motion for Default Judgment [DE 18] |
|---|---|

On June 24, 2019, Plaintiff Joseph Sanchez ("Plaintiff") filed a complaint alleging (1) violations of the Americans with Disabilities Act ("ADA"), and (2) violations of the California Unruh Civil Rights Act against Defendants Burger King # 10876 ("BK 10876") and Una Luna Bianca, LP ("Una Luna").

On July 18, 2019, Plaintiff executed service on BK 10876. BK 10876's answer to the complaint was therefore due on August 8, 2019. No answer was filed, and on August 12, 2019 the Clerk entered default against BK 10876.

Plaintiff never filed any documents with the Court indicating that he had executed service on Una Luna. Accordingly, on June 23, 2020—nearly one year later—the Court issued an Order to Show Cause as to why this case should not be dismissed for lack of prosecution. The Court ordered Plaintiff to file proof of service of the summons and complaint on Una Luna by July 1, 2020, and noted that failure to do so would result in dismissal of this action.

Plaintiff neither provided proof of service nor requested permission to discharge the Court's OSC by alternate means. Instead, on July 2, 2020, Plaintiff filed a Motion for Default Judgment against both BK 10867 and Una Luna. In spite of both the Court's OSC and the clear terms of the clerk's Entry of Default (ECF No. 12), Plaintiff's motion incorrectly asserts that both Defendants were served, and that the clerk entered default as to both Defendants.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:19-CV-01266-RGK-AFM | Date | August 11, 2020 |
|----------|------------------------|------|-----------------|
| Title    | *SANCHEZ v. BURGER KING #10876, et al.* | | |

As Plaintiff has failed to comply with the Court's Order to Show Cause, this action is hereby **DISMISSED**. Plaintiff's Motion for Default Judgment is therefore **DENIED as Moot**.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer       _____